UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 4:15-cv-00023 |
| | ) | |
| JAMES M. BARRIENT and FAITH D. BARRIENT, | ) ) | |
| | ) | |
| Defendants. | ) | |

**COMPLAINT**

The United States of America, pursuant to the provisions of 26 U.S.C. § 7401(a), with the authorization of a delegate of the Secretary of the Treasury and at the direction of a delegate of the Attorney General of the United States, brings this civil action to reduce to judgment certain outstanding unpaid federal income tax liabilities of James M. Barrient and Faith D. Barrient, and certain trust fund recovery penalties assessed against Faith D. Barrient. In support of this action, the United States alleges as follows:

**JURISDICTION, STATUTE OF LIMITATIONS AND PARTIES**

1. Jurisdiction over this action is conferred upon the district court pursuant to Section 7402(a) of the Internal Revenue Code (26 U.S.C.) and 28 U.S.C. §§ 1331, 1340 and 1345.

2. Pursuant to 26 U.S.C. § 6502, the United States has ten years from the date of assessment to bring suit to collect tax liabilities. The earliest assessment for taxes the United States seeks to collect by this action was made on November 11, 2002, and thus, unless

extended, the statute of limitations on collection would have expired on November 11, 2012. The statute of limitations was suspended due to the defendants' bankruptcy, however. Pursuant to 11 U.S.C. § 362(c), an automatic stay of collection activity, including collection of taxes, arose on August 8, 2005, the date the defendants filed their bankruptcy petition, and remained in place until June 1, 2007, when the Bankruptcy Court granted the defendants a discharge. The statute of limitations was accordingly extended for the duration of the automatic stay (662 days), plus six months, or until March 4, 2015. *See* 26 U.S.C. § 6503(h)(2))(tolling statute for the length of the automatic stay, plus six months).

3. Faith D. Barrient resides within the jurisdictional boundaries of this Court.

4. James M. Barrient resides within the jurisdictional boundaries of this Court.

## COUNT ONE
## FOR JUDGMENT FOR ASSESSED
## JOINT INCOME TAX LIABILITIES

5. Defendants James M. Barrient and Faith D. Barrient ("Mr. and Mrs. Barrient"), failed to timely file returns for federal income taxes for the years ending December 31, 1997, 1998, and 1999.

6. On November 11, 2002, a delegate of the Secretary of the Treasury made assessments of joint federal income tax liabilities for the tax years ending December 31, 1997, 1998, and 1999, through deficiency notices.

7. On the date of the federal income tax assessments described in paragraph 5, above, a delegate of the Secretary of the Treasury gave notice of each assessment to, and made demand for payment upon, Mr. and Mrs. Barrient. Despite such notice and demand, Mr. and Mrs. Barrient have failed, neglected or refused to fully pay the assessments.

8. Subsequent to the initial assessment dates, the Internal Revenue Service examined the tax years ending December 31, 1997, 1998, and 1999. On July10, 2007, the Internal Revenue Service abated substantial amounts of the previously assessed tax and penalties for the year ending December 31, 1997, and on July 3, 2007, the Internal Revenue Service abated substantial amounts of the previously assessed tax and penalties for the years ending December 31, 1998, and 1999. As of February 12, 2015, Mr. and Mrs. Barrient remain indebted for the tax years ending December 31, 1997, 1998, and 1999, in the amounts shown on the chart at paragraph 17, below.

9. Mr. and Mrs. Barrient failed to timely file returns for federal income taxes for the years ending December 31, 2001 and 2002.

10. On July 24, 2007, a delegate of the Secretary of the Treasury made assessments of joint federal income tax liabilities for the tax years ending December 31, 2001, and 2002 through quick assessments procedures.

11. A delegate of the Secretary of the Treasury gave notice of each assessment to Mr. and Mrs. Barrient, and made demand for payment of each assessment on or about July 24, 2007. Despite notice and demand, Mr. and Mrs. Barrient have failed to fully pay the assessments. As of February 12, 2015, Mr. and Mrs. Barrient remain indebted for the years ending December 31, 2001 and 2002 in the amounts shown on the chart at paragraph 17, below.

12. Mr. and Mrs. Barrient timely filed a return for federal income tax for the year ending December 31, 2003.

13. On May 3, 2004, a delegate of the Secretary of the Treasury assessed the joint federal income tax liability for the tax year ending December 31, 2003, pursuant to the filed return, indicating that the tax liability for the tax year ending December 31, 2003, was fully paid

14. In or about 2007, the Internal Revenue Service selected Mr. and Mrs. Barrient's 2003 income tax return for examination.

15. On February 4, 2008, a delegate of the Secretary of the Treasury assessed additional tax and penalties for the tax year ending December 31, 2003.

16. On or about the date of assessment, a delegate of the Secretary of the Treasury gave notice of the adjusted assessment to Mr. and Mrs. Barrient, and made demand for payment of the adjusted assessment. Despite notice and demand, Mr. and Mrs. Barrient have failed to fully pay the adjusted assessment for the 2003 tax year. As of February 12, 2015, Mr. and Mrs. Barrient remain indebted for the tax year ending December 31, 2003 in the amounts shown on the chart at paragraph 17, below.

17. After application of all abatements, payments, and credits, and the addition of accrued penalties, interest and costs as of February 12, 2015, Mr. and Mrs. Barrient remain jointly indebted to the United States for the income tax liabilities described in paragraphs 4 through 15, above, in the total amount of $ 5,802,579.61, as set forth below:

**Joint Income Tax Liabilities**

| Tax Year | Date of Assess-ment | Tax Assessed | Date Adjust-ed | Balance of Tax Due, as adjusted | Penalties Assessed | Interest Assessed | Unpaid Balance as of 02/12/2015 |
|---|---|---|---|---|---|---|---|
| 1997 | 11/11/02 | $ 331,626.00 | 7/10/06 | ($19,853.17) | $ 2,713.96 | $ 20,984.33 | $ 3,845.12 |
| 1998 | 11/11/02 | $ 374,529.00 | 7/3/06 | $ 16,804.00 | $ 16,312.43 | $ 39,752.24 | $ 72,868.67 |
| 1999 | 11/11/02 | $ 379,674.00 | 7/3/06 | $ 30,539.00 | $ 20,279.63 | $ 55,679.45 | $ 106,498.08 |
| 2001 | 7/24/07 | $ 42,107.00 | 7/24/07 | $ 42,106.47 | $ 29,305.93 | $ 25,329.95 | $ 96,742.35 |
| 2002 | 7/24/07 | $1,319,929.00 | 7/24/07 | $1,319,816.00 | $923,922.04 | $647,064.26 | $2,890,802.30 |
| 2003 | 5/3/04 | $0.00 | 2/4/08 | $ 979,401.00 | $685,553.84 | $966,868.25 | $2,631,823.09 |
| | | | | | | Total: | $5,802,579.61 |

## COUNT TWO
## FOR JUDGMENT FOR ASSESSED
## INDIVIDUAL INCOME TAX LIABILITIES
## AGAINST JAMES M. BARRIENT

18.     On February 4, 2008, a delegate of the Secretary of the Treasury made an income tax assessment against James M. Barrient for the tax year ending December 31, 2004, in the amount of $87,879.00.

19.  On or about February 4, 2008, notice of the assessment and demand for its payment was made upon James M. Barrient.

20.     Despite such notice and demand, James M. Barrient has failed, neglected, or refused to pay in full the income tax liabilities assessed for the 2004 tax year , and, after the application of all abatements, payments, and credits, and the addition of accrued penalties, interest and costs as of February 12, 2015, James M. Barrient remains indebted to the United States, for the income tax liabilities assessed for the 2004 tax year, in the total amount of

$194,132.38, plus additional amounts that continue to accrue from and after February 12, 2015, as provided by law.

## COUNT THREE
## FOR JUDGMENT FOR ASSESSED
## INDIVIDUAL INCOME TAX LIABILITIES
## AGAINST FAITH D. BARRIENT

21.     On February 4, 2008, a delegate of the Secretary of the Treasury made an income tax assessment against Faith D. Barrient for the tax year ending December 31, 2004, in the amount of $588,161.00.

22.  On or about February 4, 2008, notice of the assessment and demand for its payment was made upon Faith D. Barrient.

23.     Despite such notice and demand, Faith D. Barrient has failed, neglected, or refused to pay in full the income tax liabilities assessed for the 2004 tax year, and, after the application of all abatements, payments, and credits, and the addition of accrued penalties, interest and costs as of February 12, 2015, Faith D. Barrient remains indebted to the United States, for the income tax liabilities assessed for the 2004 tax year in the total amount of $1,314,370.96, plus additional amounts that continue to accrue from and after February 12, 2015, as provided by law.

## COUNT FOUR
## FOR JUDGMENT FOR ASSESSED
## TRUST FUND RECOVERY PENALTIES

24.     Pursuant to 26 U.S.C. § 6672, a delegate of the Secretary of the Treasury made assessments in accordance with the law against Faith D. Barrient, with respect to the portion of withheld income and Federal Insurance Contributions Act ("FICA") taxes withheld from the

6

employees of Health and Harvest, LLC, (collectively "Trust Fund Taxes"), for the underlying corporate tax periods as follows:

| Tax Period Ended | Assessment Date | Trust Fund Taxes | Balance Due as of February 12, 2015 |
| --- | --- | --- | --- |
| December 31, 2002 | August 23, 2004 | $ 2,340.09 | $4,012.33 |
| March 31, 2003 | August 23, 2004 | $ 1,707.84 | $2,823.53 |
| June 30, 2003 | August 23, 2004 | $ 5,445.67 | $9,003.25 |
| September 30, 2003 | August 23, 2004 | $ 12,098.08 | $20,001.63 |
| December 31, 2003 | August 23, 2004 | $ 799.32 | $1,321.51 |

25.     On or about the date of the tax assessments described in paragraph 24 above, a delegate of the Secretary of the Treasury gave notice of the tax assessments to, and made a demand for payment of the liabilities upon, Faith D. Barrient.

26.     Despite such notice and demand, Faith D. Barrient has failed, neglected, or refused to pay in full the liabilities described in paragraph 24 above, and, after the application of all abatements, payments, and credits, and the addition of accrued interest as of February 12, 2015, Faith D. Barrient remains indebted to the United States, for the Trust Fund Taxes set forth in paragraph 23, above, in the total amount of $37,162.25, plus additional amounts that continue to accrue from and after February 12, 2015, as provided by law.

## REQUEST FOR RELIEF

WHEREFORE, the United States of America requests that this Court:

(a)     Enter judgment in favor of the United States and against James M. Barrient and Faith D. Barrient, jointly and severally, for the unpaid balance of the federal income tax

assessments for the 1997, 1998, 1999, 2001, 2002, and 2003 tax years together with accruals as of February 12, 2015, in the total amount of $5,802,579.61, plus additional interest and other statutory additions accruing from and after February 12, 2015, including interest pursuant to 26 U.S.C. §§ 6601, 6621, and 6622, and 28 U.S.C. § 1961(c), and;

(b) Enter judgment in favor of the United States and against James M. Barrient, individually, for the unpaid balance of his federal income tax assessment for the 2004 tax year together with accruals as of February 12, 2015, in the total amount of $194,132.38, plus additional interest and other statutory additions accruing from and after February 12, 2015, including interest pursuant to 26 U.S.C. §§ 6601, 6621, and 6622, and 28 U.S.C. § 1961(c), and;

(c) Enter judgment in favor of the United States and against Faith D. Barrient, individually, for the unpaid balance of her federal income tax assessment for the 2004 tax year, together with accruals as of February 12, 2015, in the total amount of $1,351,533.21, plus additional interest and other statutory additions accruing from and after February 12, 2015, including interest pursuant to 26 U.S.C. §§ 6601, 6621, and 6622, and 28 U.S.C. § 1961(c), and;

(d) Enter judgment in favor of the United States and against Faith D. Barrient for the unpaid balance of the Trust Fund Taxes assessed against her for the tax quarters ending December 31, 2002, March 31, 2003, June 30, 2003, September 30, 2003, and December 31, 2003, together with accruals as of February 12, 2015, in the total amount of $37,162.25, plus additional interest accruing from and after February 12, 2015, pursuant to 26 U.S.C. §§ 6601, 6621, and 6622, and 28 U.S.C. § 1961(c),

(e) Award to the United States its costs in this action and any further relief as this

Court deems just and proper.

                                              Respectfully submitted,

                                              CAROLINE D. CIRAOLO
                                              Acting Assistant Attorney General

                                              *s/ Sarah T. Mayhew*

                                              SARAH T. MAYHEW
                                              Bar No. 2027787
                                              Trial Attorney, Tax Division
                                              U.S. Department of Justice
                                              P.O. Box 55
                                              Washington, D.C.  20044
                                              202-616-1929 (v)
                                              202-514-5238 (f)
                                              Sarah.T.Mayhew@usdoj.gov